**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-37943 | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | | §341(a) Meeting Date: | 07/21/2015 |
| | | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Unknown | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Involuntary case- trustee required to file schedules before investigation complete. Investigation did not reveal any real property to administer. | | | | | |
| 2 | Preference/Fraudulent Transfer (u) | $0.00 | $4,000,000.00 | | $0.00 | FA |
| Asset Notes: | Involuntary case- trustee required to file schedules before investigation complete. This figure represents the gross amount that was estimated to be transferred. Assets # 3 and up below represent claims, judgments and/or settlements for each individual transfer. See each asset to determine whether that transfer had been fully administered. | | | | | |
| 3 | TD auto finance- FT claim (u) | $17,817.97 | $14,000.00 | | $14,000.00 | FA |
| Asset Notes: | gross value is amount demanded- | | | | | |
| 4 | SPD Group Inc d/b/a J.R. Dunn Jewelers (u) | $11,953.41 | $10,750.00 | | $10,750.00 | FA |
| 5 | BMW Financial Services (u) | $17,934.94 | $11,657.71 | | $11,657.71 | FA |
| 6 | Bank of America litigation (u) | $0.00 | $91,117.41 | | $82,005.67 | FA |
| 7 | Preference: AN Imports d/b/a Land Rover (u) | $0.00 | $58,500.00 | | $58,500.00 | FA |
| 8 | Fraudulent Transfer - BMC Units, LLC (u) | $0.00 | $10,800.00 | | $0.00 | FA |
| Asset Notes: | DUPLICATE OF ASSET 46 | | | | | |
| 9 | Adversary case 16-01369 Gary Tancer Rare Coins (u) | $41,896.42 | $1,000.00 | | $1,000.00 | FA |
| 10 | Adversary 16-1392 Osborne v. Progressive (u) | $15,874.60 | $12,000.00 | | $12,000.00 | FA |
| 11 | Adversary 16-01384-RBR Osborne v. Rayonier Forest Resources, L.P. (u) | $13,425.00 | $6,500.00 | | $6,500.00 | FA |
| 12 | Adversary: 16-01346-RBR Osborne v. Ally Financial Inc. (u) | $10,153.01 | $7,600.00 | | $7,600.00 | FA |
| 13 | Adversary: 16-01376 Osborne v. Preferred Income Partner (u) | $25,000.00 | $12,500.00 | | $12,500.00 | FA |
| 14 | Adversary: 16-01359 (Osborne v. DeFalco et al) (u) | $149,105.15 | $12,000.00 | | $12,000.00 | FA |
| 15 | Adv. 16-01365 Osborne v. Excell Auto Group, Inc. (u) | $73,655.00 | $23,000.00 | | $23,000.00 | FA |
| 16 | Adv. 16-01363 Osborne v. Wiesel et al (u) | $21,840.00 | $15,000.00 | | $15,000.00 | FA |
| 17 | Adv. 16-01385/16-01394 Osborne v. Lambretta d/b/a/ Riva Motorsports Miami, Inc. (u) | $63,000.00 | $43,000.00 | | $43,000.00 | FA |
| 18 | Adv. 16-01349 Osborne v Benworth Capital (u) | $60,868.66 | $42,000.00 | | $42,000.00 | FA |
| 19 | Adv. 01343 Osborne v Barclay's Bank (u) | $201,292.57 | $80,000.00 | | $80,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-37943 | | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 07/21/2015 |
| | | | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 Adv. Osborne v Fashionphile 16-01366 (u) | $28,519.97 | $14,260.00 | | $14,260.00 | FA |
| 21 Adv. 16-01353 Chase Auto Fin./JPMorgan Case v. Osborne (u) | $11,000.00 | $7,500.00 | | $7,500.00 | FA |
| 22 Adv. 16-1354 Osborne v Chase Bank (u) | $344,146.45 | $220,000.00 | | $220,000.00 | FA |
| 23 Adv. 16-01357 (Osborne v. Christopher Hernandez) (u) | $36,788.00 | $5,500.00 | | $5,500.00 | FA |
| 24 Adv. 16-1381 Osborne v. Mokai Lounge (u) | $41,555.34 | $20,000.00 | | $20,000.00 | FA |
| 25 Adversary: 16-01342 Osborne v. Anthracite/Santander (u) | $104,182.91 | $26,500.00 | | $26,500.00 | FA |
| 26 Adv. 16-1362 Osborne v. Gurwitz (u) | $104,000.00 | $38,750.00 | | $38,750.00 | FA |
| 27 Adv. 16-1351 Osborne v. Halter/CBlue (u) | $104,500.00 | $58,500.00 | | $58,500.00 | FA |
| 28 Adv. 16-1364-RBR Osborne v. Ft Lauderdale Addiction Treatment Center, LLC (u) | $13,500.00 | $7,000.00 | | $7,000.00 | FA |
| 29 16-1382-RBR Osborne v. Nordstrom, Inc. (u) | $125,107.34 | $65,681.35 | | $65,681.35 | FA |
| 30 Fraudulent Transfer - Stephen Owens (no adversary filed) (u) | $0.00 | $6,082.37 | | $6,082.37 | FA |
| 31 Adv. Osborne v Alex the Jeweler Miami (16-1345) (u) | $35,100.00 | $12,500.00 | | $12,500.00 | FA |
| 32 Adv. 16-1370 Osborne v. JPY/Michael Young. (u) | $196,998.00 | $196,998.00 | OA | $10,000.00 | FA |
| Asset Notes: Micheal young satisfied his portion. JPY did not and judgment obtained- subsequently abandoned | | | | | |
| 33 Adv. 16-01559 Osborne v. Bianca Brown and Larry Matyas (jointly and severally) (u) | $37,500.00 | $49,984.21 | OA | $7,000.00 | FA |
| Asset Notes: Brown settled for $7k; DFJ obtained against Larry Matyas for 42,984.21- judgment subsequently abandoned | | | | | |
| 34 Adv. 16-01378 Osborne v. Stratos Jet Charters, Inc. (u) | $164,710.47 | $15,000.00 | | $15,000.00 | FA |
| 35 Adv. 16-01561 (Osborne v. Gross ) (u) | $11,325.00 | $4,000.00 | | $4,000.00 | FA |
| 36 16-01355-RBR Osborne v. Ochs (u) | $60,876.00 | $13,500.00 | | $13,500.00 | FA |
| 37 Adv. 16-01358 Osborne v Craig Financial/Craig Cohen (u) | $57,861.00 | $1,000.00 | | $1,000.00 | FA |
| 38 16-01388-RBR Osborne v. Melvin (u) | $34,826.30 | $3,000.00 | | $3,000.00 | FA |

| Case No.:   | 14-37943                                      | Trustee Name:                        | Leslie S. Osborne |
|-------------|-----------------------------------------------|--------------------------------------|-------------------|
| Case Name:  | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC.| Date Filed (f) or Converted (c):     | 12/29/2014 (f)    |
| For the Period Ending: | 03/31/2019                         | §341(a) Meeting Date:                | 07/21/2015        |
|             |                                               | Claims Bar Date:                     | 10/19/2015        |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 39 | Adv. 16-1368 Osborne v JAE and Jeffrey Ehrlich (jointly & severally) (u) | $18,636.20 | $5,000.00 | | $5,000.00 | FA |
| 40 | Adv. 16-01361 Osborne v. Degma Investing (u) | $100,000.00 | $50,000.00 | | $50,000.00 | FA |
| 41 | Adv. 16-1344 Osborne v. 320 Lincoln/SET (u) | $30,065.56 | $5,000.00 | | $5,000.00 | FA |
| 42 | Adv. Osborne v. AAC Solutions (16-1564) (u) | $2,227,000.13 | $2,227,000.13 | OA | $0.00 | FA |
| 43 | Adv. 16-1634: Osborne v Toni Kara/TMK/Inside Out (u) | $3,474,434.31 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | TMK/Kara/inside out- consent judgement entered for 25k- can be satisfied for $10k by 5/1/18- defendant timely paying | | | | | |
| 44 | Adv. (16-01634) Osborne v. Paul Rohan/Net Five (u) | $0.00 | $200,000.00 | OA | $16,000.00 | FA |
| Asset Notes: | total claim (column 3) listed as part of asset 43 above- defendant defaulted on settlement- uncollectable- abandon | | | | | |
| 45 | Adv. 16-1347 Osborne v Barry Poe/BPJ Inc/US Energy Today (u) | $50,000.00 | $225,369.02 | OA | $0.00 | FA |
| Asset Notes: | default judgment entered | | | | | |
| 46 | Adv. 16-1350 Osborne v BPM Units (u) | $18,000.00 | $10,800.00 | | $10,800.00 | FA |
| Asset Notes: | DUPLICATE OF ASSET 8 | | | | | |
| 47 | Adv. 16-1352 Osborne v Christopher Decker (u) | $20,000.00 | $23,692.26 | OA | $0.00 | FA |
| Asset Notes: | Default Judgment Entered | | | | | |
| 48 | Adv. 16-1356 Osborne v Damyliz Robles (u) | $41,786.72 | $3,500.00 | | $3,500.00 | FA |
| 49 | Adv. 16-1373 Osborne v Joseph Paterno (u) | $152,952.00 | $173,451.66 | OA | $0.00 | FA |
| Asset Notes: | default judgment entered | | | | | |
| 50 | Adv. 16-1380 Osborne v Keith Gorin (u) | $10,500.00 | $12,506.13 | OA | $0.00 | FA |
| Asset Notes: | default judgment entered | | | | | |
| 51 | Adv. 16-1383 Osborne v Pathways Behavioral Group (u) | $10,000.00 | $12,203.70 | OA | $0.00 | FA |
| Asset Notes: | default judgment entered | | | | | |
| 52 | Adv. 16-1386 Osborne v Ruth Bohorquez (u) | $20,000.00 | $20,000.00 | | $0.00 | FA |
| Asset Notes: | adversary was voluntarily dismissed | | | | | |
| 53 | Adv. 16-1387 Osborne v Silver Capital Invst (u) | $40,000.00 | $46,617.12 | OA | $0.00 | FA |
| Asset Notes: | default judgment entered | | | | | |

| Case No.: | 14-37943 | | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 07/21/2015 |
| | | | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 54  Adv. 16-1389 Osborne v Suzana Popescu & Sergio Alvaro (jointly and severally) (u) | $44,733.00 | $3,000.00 | | $3,000.00 | FA |
| 55  Adv. 16-1390 Osborne v TAK Consulting (u) | $20,000.00 | $22,975.15 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered | | | | | |
| 56  Adv. 16-1550 Osborne v Andrew Cordova (u) | $206,780.00 | $237,648.87 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered | | | | | |
| 57  Adv. 16-1548 Osborne v Marcus Lee (u) | $715,860.36 | $797,774.29 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered | | | | | |
| 58  Adv. 16-1549 Osborne v Beth Browne (u) | $38,400.00 | $38,765.12 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered ( judgment contains mathematical error to defendants benefit- this is amount stated in judgment) | | | | | |
| 59  Adv. 16-1551 Osborne v Hana Kim/David Shin (u) | $36,500.00 | $3,000.00 | | $3,000.00 | FA |
| 60  Adv. 16-1552 Osborne v Kevin Carson/KJC (u) | $30,000.00 | $34,920.72 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered | | | | | |
| 61  Adv. 16-1664 Osborne v Danielle Alonso (u) | $968,958.42 | $0.00 | | $0.00 | FA |
| Asset Notes:   default judgment obtained- defendant filed chapter 7 in Cal- we took 2004- debt discharged | | | | | |
| 62  Adv. 16-1348 Osborne v Aviannes, Inc. (u) | $45,000.00 | $49,932.09 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered | | | | | |
| 63  Adv. 16-1360 Osborne v Tapia (u) | $65,750.00 | $75,197.41 | OA | $0.00 | FA |
| Asset Notes:   default judgment entered | | | | | |
| 64  Adv. 16-1367 Osborne v Jean Paul LaMarca (u) | $37,421.00 | $44,583.57 | OA | $0.00 | FA |
| Asset Notes:   default final judgment | | | | | |
| 65  Adv. 16-1371 Osborne v M C Customs (u) | $22,354.00 | $7,500.00 | | $7,500.00 | FA |
| Asset Notes:   default final judgment; judgment sold to Kalb for $7,500 | | | | | |
| 66  Adv. 16-1374 Osborne v Peter Mannarino (Manarino) (u) | $10,000.00 | $11,541.98 | OA | $0.00 | FA |
| Asset Notes:   default final judgment | | | | | |
| 66  Adv. 16-1374 Osborne v Peter Mannarino (Manarino) (u) | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:   default final judgment- duplicate of asset directly above | | | | | |
| 67  Adv. 16-1377 Osborne v RNT Enterprises & Robert Stegall (jointly and severally) (u) | $521,905.91 | $589,080.00 | OA | $0.00 | FA |

| Case No.: | 14-37943 | | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 07/21/2015 |
| | | | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | Asset Notes: | default final judgment | | | | |
|---|---|---|---|---|---|---|
| 68 | Adv. 16-1379 Osborne v Write Investment Assoc. (u) | $125,890.00 | $143,983.38 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 69 | Adv. 16-1557 Osborne v The Archives Boutique (u) | $10,000.00 | $11,868.85 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 70 | Adv. 16-1558 Osborne v Lynn Visser (u) | $15,000.00 | $17,558.31 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 71 | Adv. 16-01560 Osborne v. Atlantic Holding Corporation (u) | $75,000.00 | $83,067.18 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 72 | Adv. 16-01562 Osborne v. Todd Kearns and Tonka Solutions (jointly and severally) (u) | $64,758.00 | $323,603.72 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 73 | Adv. 16-01563 Osborne v. Melody Lamb (u) | $102,818.00 | $118,222.47 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 74 | Adv. 17-01024 Osborne v. Phyllis Fee/Blackbyrd Group (u) | $540,326.22 | $540,326.22 | | $5,000.00 | FA |
| 75 | Adv. 17-01029 Osborne v. Daniel Forman (u) | $25,000.00 | $7,500.00 | | $7,500.00 | FA |
| 76 | Adv. 17-01028 Osborne v. James Lezie (u) | $60,000.00 | $70,113.15 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 77 | Adv. 17-01033 Osborne v. Wells Fargo (u) | $16,983.60 | $10,190.16 | | $10,190.16 | FA |
| 78 | Adv. 17-01032 Osborne v. Wilma Pearson (u) | $194,521.83 | $232,506.69 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 79 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: | duplicate of asset 84 | | | | |
| 80 | Adv. 17-01037 Osborne v. William & Maureen Olson (u) | $484,521.05 | $15,000.00 | | $15,000.00 | FA |
| 81 | Adv. 17-01027 Osborne v. Frederick Conley (u) | $77,884.00 | $92,226.47 | OA | $0.00 | FA |
| | Asset Notes: | default final judgment | | | | |
| 82 | Adv. 17-01026 Osborne v. Charles Lowden (u) | $69,975.00 | $20,000.00 | | $20,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6

| Case No.: | 14-37943 | | | Trustee Name: | Leslie S. Osborne |
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 07/21/2015 |
| | | | | Claims Bar Date: | 10/19/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 83 | Adv. 17-01038 Osborne v. Arthur Gust (u) | $61,500.00 | $62,772.15 | OA | $0.00 | FA |
| Asset Notes: | default final judgment | | | | | |
| 84 | Adversary: 17-01025 Osborne v. Paul Messer (u) | $126,000.00 | $40,000.00 | | $40,000.00 | FA |
| Asset Notes: | debtor died - estate paid $40k per compromise: #516 -hearing to approve compromise scheduled 4/11/18 | | | | | |
| 85 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | duplicate asset to Asset 54 | | | | | |
| 86 | Adv. #: 16-01372-RBR Osborne v. Armpriester (u) | $39,410.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | voluntarily dismissed | | | | | |
| 87 | Adv. 16-01375 Herres (Dollartowne) v Osborne (u) | $36,500.00 | $36,500.00 | | $0.00 | FA |
| Asset Notes: | voluntarily dismissed | | | | | |
| 88 | Adv#: 16-01391-RBR Osborne v. Wells Fargo (u) | $30,933.60 | $30,933.60 | | $0.00 | FA |
| Asset Notes: | voluntarily dismissed | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

$13,380,372.42        $12,014,612.62        $1,178,777.26        $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 7

| Case No.: | 14-37943 | | Trustee Name: | Leslie S. Osborne |
| --- | --- | --- | --- | --- |
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | | §341(a) Meeting Date: | 07/21/2015 |
| | | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/09/2019   CBD: 10/19/15

Tax returns filed

Trustee retained Akerman LLP as general counsel on 2/13/15, ecf 20

Trustee retained Bast Amron as special counsel on 4/29/15, ecf 43

Trustee retained Glass Ratner as accountants on 2/26/15, ecf 24

This case was filed as an involuntary chapter 7 (with a related case). The majority of the debtor's principals are in jail or under indictment. The related cases were jointly administered on 4/17/15, ecf 40, and later substantively consolidated on 12/3/15, ecf 68.

Trustee filed ADV# 15-1671 to substantively consolidate several other non-debtor entities that were determined to be part of the fraud.

Trustee filed approximately 50 adversary proceedings to recover fraudulent transfers initially, ADV #'s;16-1342 through 16-1392, and 16-1394.

A second series of adversaries were filed, 16-1548 through 16-1552, 16- 1557 through 1564.

A third series of adversaries were filed 17-1024 through 17-1029, 17-1032, 17-1033, 17-1037 and 17-1038.

All of the adversaries have been resolved, either through settlement or judgment. All funds collected. There were approximately 30 cases with default judgments. Trustee attempted to sell over the course of the last 8 months. No buyer could be found, so assets abandoned. Tax returns filed and Account has filed his final fee application after reporting cut-off. As trustee was preparing to file TFR, it was determined that an additional objection to claim is required ( and four are advisable for clarity). Once these claims are resolved, case will be ready for closure. Estimate is 30-60 days.

| | | | SUBTOTALS | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Date Filed (f) or Converted (c): | 12/29/2014 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 07/21/2015 |
| | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/20/2018    CBD: 10/19/15

Tax return required

Trustee retained Akerman LLP as general counsel on 2/13/15, ecf 20

Trustee retained Bast Amron as special counsel on 4/29/15, ecf 43

Trustee retained Glass Ratner as accountants on 2/26/15, ecf 24

This case was filed as an involuntary chapter 7 (with a related case). The majority of the debtor's principals are in jail or under indictment. The related cases were jointly administered on 4/17/15, ecf 40, and later substantively consolidated on 12/3/15, ecf 68.

Trustee filed ADV# 15-1671 to substantively consolidate several other non-debtor entities that were determined to be part of the fraud.

Trustee filed approximately 50 adversary proceedings to recover fraudulent transfers initially, ADV #'s;16-1342 through 16-1392, and 16-1394.

A second series of adversaries were filed, 16-1548 through 16-1552, 16- 1557 through 1564.

A third series of adversaries were filed 17-1024 through 17-1029, 17-1032, 17-1033, 17-1037 and 17-1038.

All of the adversaries have been resolved, either through settlement or judgment. Some of the settlements have payment plans into July 2018. There are 30 cases with default judgments that the trustee will try to sell.Case will likely be ready to close by end of year 2018.

| Initial Projected Date Of Final Report (TFR): | 05/01/2017 | Current Projected Date Of Final Report (TFR): | 04/30/2019 | /s/ LESLIE S. OSBORNE |
|---|---|---|---|---|
| | | | | LESLIE S. OSBORNE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/11/2016 | (3) | TD Auto Finance | Demand Order 179 (9/13/16) | 1241-000 | $14,000.00 | | $14,000.00 |
| 07/25/2016 | (4) | J.R. Dunn Jewelers | fraudulent xfer; ECF 179, 9/13/2006 | 1241-000 | $5,375.00 | | $19,375.00 |
| 07/25/2016 | (5) | BMR Financial Services | fraudulent xfer of $17,934.94, order 179 (9/13/16) | 1241-000 | $11,657.71 | | $31,032.71 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.89 | $31,012.82 |
| 08/04/2016 | (4) | SPD Group d/b/a J.R. Dunn Jewelers | Settlement Order ECF 179 (9/13/16) | 1241-000 | $5,375.00 | | $36,387.82 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $57.59 | $36,330.23 |
| 09/02/2016 | (6) | Bank of America | per settlement w/BOA [ECF 179] 9/13/16 | 1249-000 | $8,949.09 | | $45,279.32 |
| 09/02/2016 | (6) | Bank of America | per settlement w/BOA [ECF 179] 9/13/16 | 1249-000 | $69,056.58 | | $114,335.90 |
| 09/02/2016 | (6) | Bank of America | per settlement w/BOA [ECF 179] 9/13/16 | 1249-000 | $4,000.00 | | $118,335.90 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $175.77 | $118,160.13 |
| 10/12/2016 | (7) | Bast Amron | AN Imports d/b/a Land Rover ECF 179 (9/13/16) | 1241-000 | $58,500.00 | | $176,660.13 |
| 10/25/2016 | 3001 | BAST AMRON LLP | per ECF 179 (9/13/16) contingency fees (BMW, TD, SPD, AN Imports, BOA) | 3210-000 | | $61,919.48 | $114,740.65 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $236.23 | $114,504.42 |
| 11/10/2016 | (46) | BPM Units | Adv. 16-1350 Order ECF 204 10/26/16 | 1241-000 | $10,800.00 | | $125,304.42 |
| 11/17/2016 | (9) | Coin & Jewelery Gallery of Boca Raton | Osborne v Gary Trancer Rare Coins ECF 260 (12/1/16) | 1241-000 | $1,000.00 | | $126,304.42 |
| 11/17/2016 | (10) | Progressive Insurance | Adv. Case No. 16-1392 (settlement 8/26/16; ECF 206) | 1241-000 | $12,000.00 | | $138,304.42 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $197.16 | $138,107.26 |
| 12/02/2016 | (11) | Rayonier Operating Company LLC | Adv. 16-1384 Order DE 205 (10/26/16) | 1241-000 | $6,500.00 | | $144,607.26 |
| 12/02/2016 | (12) | Ally | ADV. 16-1346 Order DE 207 (10/26/16) | 1241-000 | $7,600.00 | | $152,207.26 |
| 12/13/2016 | (13) | Preferred Income Partners | Adv. 16-01376 Order ECF 258 (12/1/16) | 1249-000 | $12,500.00 | | $164,707.26 |
| 12/13/2016 | (14) | Sabadell United Bank | Adv. 16-01359 Osborne v. DeFalco ECF 308 (1/10/17) | 1241-000 | $12,000.00 | | $176,707.26 |
| 12/13/2016 | (15) | Suntrust | Adv. 16-01365 Osborne v. Excell Auto Group, Inc.; compromise ECF#253 - 12/01/2016 | 1241-000 | $11,500.00 | | $188,207.26 |
| 12/13/2016 | (16) | Evan Wiesel | Adv. 16-01363 Osborne v. Wiesel et al Order DE 255 (12/1/16) | 1241-000 | $15,000.00 | | $203,207.26 |
| | | | **SUBTOTALS** | | $280,813.38 | $62,606.12 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/13/2016 | (17) | Riva Motorsports | Adv. 16-01385 Osborne v. Riva Motorsports Miami, Inc.; d/b/a Lambretta Order ECF 256 (12/1/16) | 1241-000 | $43,000.00 | | $246,207.26 |
| 12/21/2016 | (18) | Benworth Capital Partners | Adv. 16-01349 ECF #261 (12/01/2016) | 1241-000 | $7,000.00 | | $253,207.26 |
| 12/21/2016 | (19) | Barclay's Bank | ADV. 16-01343 COMPROMISE: ECF 254 (12/01/2016) | 1241-000 | $80,000.00 | | $333,207.26 |
| 12/21/2016 | (20) | Fashionphile, LLC | Adv. 16-1366 Order ECF 257 (12/01/2016) | 1241-000 | $14,260.00 | | $347,467.26 |
| 12/21/2016 | (21) | JPMorgan Chase & Co. | Adv. 16-01353 ECF 262 (12/1/16) | 1241-000 | $7,500.00 | | $354,967.26 |
| 12/21/2016 | (22) | JPMorgan Chase & Co. | Adv. 16-1354 (ECF 259, 12/1/16) | 1241-000 | $220,000.00 | | $574,967.26 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $496.99 | $574,470.27 |
| 01/06/2017 | (15) | Excell Auto Group | Adv. 16-01365; #253 - 12/01/2016 | 1241-000 | $11,500.00 | | $585,970.27 |
| 01/06/2017 | (23) | Christopher Hernandez | Adversary 16-1357; Order ECF 313 (1/10/17) | 1241-000 | $5,500.00 | | $591,470.27 |
| 01/11/2017 | | Sabadell United Mank/Mokai Lounge | Adv. 16-1381 Osborne v. Mokai Lounge ECF 294 (12/23/16) and 320 Lincoln ECF 295 | * | $25,000.00 | | $616,470.27 |
| | {24} | | $20,000.00 | 1241-000 | | | $616,470.27 |
| | {41} | | $5,000.00 | 1241-000 | | | $616,470.27 |
| 01/11/2017 | (25) | Berger Singerman | Adv. 16-1342 Osborne v. Anthracite: #293 - 12/23/2016 | 1241-000 | $12,500.00 | | $628,970.27 |
| 01/11/2017 | (25) | Santander Banki | Adv. 16-01342 Osborne v. Anthracite ECF 293 (12/23/16) | 1241-000 | $14,000.00 | | $642,970.27 |
| 01/24/2017 | (18) | Benworth Capital Partners | Adv. 16-1349 Osborne v. Benworth ECF 261 (12/1/16) | 1241-000 | $7,000.00 | | $649,970.27 |
| 01/24/2017 | (26) | Estee Dezer-Gurwitz | Adv. 16-01362 Order 312 (1/10/17) | 1241-000 | $38,750.00 | | $688,720.27 |
| 01/24/2017 | (27) | Eric Halter | Adv. 16-1351 Osborne v. Halter, Cblue Group - 1st payment Order ECF 309 (1/10/17) | 1241-000 | $10,000.00 | | $698,720.27 |
| 01/26/2017 | (28) | Ft. Lauderdale Addiction Treatment Center | Adv. 16-1364 Order 263 (12/1/16) | 1241-000 | $7,000.00 | | $705,720.27 |
| 01/26/2017 | (29) | Nordstrom Bank | Adv. 16-1382 (DE 310) 1/10/2017 | 1241-000 | $65,681.35 | | $771,401.62 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1,040.22 | $770,361.40 |

**SUBTOTALS** $568,691.35 $2,577.43

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2017 | 3002 | BAST AMRON LLP | Cntngncy fees: Orders 207,206,205,204,310,256,255,257,258,262,259,254,293,312,260,313,253,295,294,308 | 3210-000 | | $219,306.97 | $551,054.43 |
| 02/02/2017 | 3003 | GlassRatner Advisory & Capital group | 1st interim fees DE 302 (1/4/17) | * | | $237,176.45 | $313,877.98 |
| | | | ($237,022.40) | 3410-000 | | | $313,877.98 |
| | | | ($154.05) | 3420-000 | | | $313,877.98 |
| 02/08/2017 | (30) | Steve R Owens | Settlement ECF 399 (3/16/17) | 1241-000 | $6,082.37 | | $319,960.35 |
| 02/21/2017 | (18) | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Adv. 16-1349 Osborne. Benworth Capital #261 - 12/01/2016 Payee is Benworth Capital and not Liberty Int'l | 1241-000 | $7,000.00 | | $326,960.35 |
| 02/21/2017 | (31) | Jeffrey Weiner, PA | Adv. Osborne v. Alex the Jeweler Miami (16-1345) ECF 409 (4/5/17) | 1241-000 | $12,500.00 | | $339,460.35 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $602.08 | $338,858.27 |
| 03/06/2017 | (32) | Michael Young/Green Bank | Adv. 16-1370 Osborne v. Young (ECF #314, 1/10/17) | 1241-000 | $5,000.00 | | $343,858.27 |
| 03/07/2017 | (27) | Eric Halter | Settlement Adv. 16-01351 Osborne v. Halter (ECF 309, 1/10/17) | 1241-000 | $1,000.00 | | $344,858.27 |
| 03/07/2017 | (33) | Bianca Brown | Adv. 16-01559 Osborne v Brown ECF 410 (4/5/17) | 1241-000 | $7,000.00 | | $351,858.27 |
| 03/13/2017 | (34) | Shraiberg Trust Account | Adv. 16-01378 Osborne v. Stratos Jet Charters, Inc. (Order ECF 396, 3/14/18) | 1241-000 | $15,000.00 | | $366,858.27 |
| 03/17/2017 | (35) | Judith Gross | Settlement (16-01561-RBR Osborne v. Gross ) Order 373 (2/16/17) | 1241-000 | $4,000.00 | | $370,858.27 |
| 03/17/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $372,358.27 |
| 03/21/2017 | (18) | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Osborne v. Benworth (Adv. 16-1349) #261 - 12/01/2016. Payee is Benworth Capital and not Liberty Int'l | 1241-000 | $7,000.00 | | $379,358.27 |
| | | | | **SUBTOTALS** | **$73,082.37** | **$457,085.50** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2017 | 3004 | Akerman, LLP | ECF 391 (3/10/17) - 1st interim fee app | * | | $57,119.75 | $322,238.52 |
| | | | ($54,647.20) | 3210-000 | | | $322,238.52 |
| | | | ($2,472.55) | 3220-000 | | | $322,238.52 |
| 03/23/2017 | 3005 | Peter Russin | ECF 403 (3/16/17) - Mediator fees | 3721-000 | | $15,924.45 | $306,314.07 |
| 03/23/2017 | 3006 | MARC P BARMAT | ECF 403 (3/16/17) - Mediator Fees | 3721-000 | | $13,936.30 | $292,377.77 |
| 03/23/2017 | 3007 | CHAD P PUGATCH | ECF 403 (3/16/17) Mediator Fees | 3721-000 | | $4,305.00 | $288,072.77 |
| 03/24/2017 | (37) | Craig Cohen | Adv. Osborne v. Craig Financial - ECF 374 (02/16/17) | 1241-000 | $1,000.00 | | $289,072.77 |
| 03/24/2017 | (38) | Sue Melvin | Adv. 16-01388-RBR Osborne v. Melvin ECF 311 (1/10/17) | 1241-000 | $3,000.00 | | $292,072.77 |
| 03/24/2017 | (39) | Jeffrey Ehrlich | Compromise W/JAE Marketing,Inc. and Jeffrey Ehrlich #440 - 04/17/2017 | 1241-000 | $2,000.00 | | $294,072.77 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $603.39 | $293,469.38 |
| 04/13/2017 | (40) | First Republic Bank | Adv. 16-01361 Settlement (Degma); compromise ECF#400 - 03/16/2017 | 1241-000 | $50,000.00 | | $343,469.38 |
| 04/13/2017 | (44) | Paul Rohan | #412 - 04/05/2017 (Adv. 16-1634) compromise order #412 - 04/05/2017 | 1241-000 | $5,000.00 | | $348,469.38 |
| 04/19/2017 | 3008 | BAST AMRON LLP | ECF 394 3/14/17 - Expenses | 3220-000 | | $22,941.14 | $325,528.24 |
| 04/19/2017 | 3009 | CHAD P PUGATCH | ECF 334 (2/3/17) - mediator fees | 3721-000 | | $7,428.20 | $318,100.04 |
| 04/27/2017 | (18) | benworth capital | Adv. 16-1349 Osborne v. Benworth Capital #261 - 12/01/2016 | 1241-000 | $7,000.00 | | $325,100.04 |
| 04/27/2017 | (27) | Eric Halter | Osborne v Halter Order ECF 309 (1/10/17) | 1241-000 | $1,000.00 | | $326,100.04 |
| 04/27/2017 | (39) | Jeffrey Ehrlich | Adv. 16-1368 Osborne v JAE and Jeffrey Ehrlich (jointly & severally) #440 - 04/17/2017 | 1241-000 | $600.00 | | $326,700.04 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $468.89 | $326,231.15 |
| 05/02/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $327,731.15 |
| 05/02/2017 | (43) | Toni Kara | Adv. 16-1634 Osb. v Kara ECF 409 (4/5/2017) | 1241-000 | $500.00 | | $328,231.15 |
| | | | | **SUBTOTALS** | $72,100.00 | $122,727.12 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/02/2017 | (44) | Paul Ronan | Adv. 1634 Osborne v. Ronan compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $328,731.15 |
| 05/02/2017 | (44) | Paul Rohan | Adv. Osb. v Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $329,231.15 |
| 05/09/2017 | (43) | Toni Kara | Adv. 16-1634: Osborne v Toni Kara/TMK/Inside Out/Net Five/Paul Rohan - ECF 409 (4/5/2017) | 1241-000 | $1,000.00 | | $330,231.15 |
| 05/23/2017 | (27) | Eric Halter | Osborne v. Halter 16-1351 Order ECF 309 (1/10/17) | 1241-000 | $1,000.00 | | $331,231.15 |
| 05/23/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $332,731.15 |
| 05/23/2017 | (39) | Ehrlich | Osborne v. Ehrlich 16-1368 #440 - 04/17/2017 | 1241-000 | $600.00 | | $333,331.15 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $532.95 | $332,798.20 |
| 06/01/2017 | (32) | Patricia Young/Green Bank | Adv. 16-1370 Osborne v. Young ECF 314 1/10/2017 | 1241-000 | $2,500.00 | | $335,298.20 |
| 06/09/2017 | (43) | Toni Kara | Osb. v Kara 16-01634 | 1241-000 | $500.00 | | $335,798.20 |
| 06/09/2017 | (44) | Paul Rohan | Osb. v Rohan 16-01634 compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $336,798.20 |
| 06/09/2017 | (65) | S.R. Kalb & Assoc | ECF 451 (Osborne v M C Customs) | 1241-000 | $7,500.00 | | $344,298.20 |
| 06/09/2017 | 3010 | BAST AMRON LLP | contingency fees due per ECF 43 (04/29/15) as of 6/5/2017 (adv's: 38, 28, 18, 40, 37, 31, 35, 34, 30, 33) | 3210-000 | | $51,653.83 | $292,644.37 |
| 06/13/2017 | (18) | Benworth Capital | Adv. 16-1349 Osborne v. Benworth #261 - 12/01/2016 | 1241-000 | $7,000.00 | | $299,644.37 |
| 06/13/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $301,144.37 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $531.05 | $300,613.32 |
| 07/06/2017 | (39) | Jeffrey Ehrlich | ADV. 16-1368 Osborne v JAE/Ehrlich #440 - 04/17/2017 | 1241-000 | $600.00 | | $301,213.32 |
| 07/17/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $302,713.32 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $455.67 | $302,257.65 |
| 08/03/2017 | (27) | Eric Halter | Osborne v. Halter 16-1351 Order ECF 309 (1/10/17) | 1241-000 | $1,000.00 | | $303,257.65 |
| 08/03/2017 | (39) | Jeffrey Ehrlich | Osborne v. Ehrlich 16-1368 #440 - 04/17/2017 | 1241-000 | $600.00 | | $303,857.65 |
| | | | | **SUBTOTALS** | $29,400.00 | $53,173.50 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2017 | (43) | Toni Kara | Osborne v. Kara Adv. 16-1634 ECF 409 (4/5/2017) | 1241-000 | $500.00 | | $304,357.65 |
| 08/03/2017 | (44) | Toni Kara | Osborne v. Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $305,357.65 |
| 08/03/2017 | (59) | Hana Financial | Osborne v. Hana Finan. Compromise Order #460 - 07/24/2017 | 1241-000 | $3,000.00 | | $308,357.65 |
| 08/16/2017 | (27) | Eric Halter | ECF 309 Adv. 16-13651; Osb. v. Halter | 1241-000 | $1,000.00 | | $309,357.65 |
| 08/16/2017 | (43) | Toni Kara | Osb. v Kara 16-1634 | 1241-000 | $500.00 | | $309,857.65 |
| 08/16/2017 | (44) | Paul Rohan | Osb. v. Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $310,357.65 |
| 08/16/2017 | (44) | Paul Rohan | Osb. v. Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $310,857.65 |
| 08/28/2017 | (39) | Jeffrey Ehrlich | Osb v. Ehrlich Adv. 16-1368 #440 - 04/17/2017 | 1241-000 | $600.00 | | $311,457.65 |
| 08/30/2017 | (27) | Eric Halter | final payment Osb. v Halter 16-1351 Order ECF 309 (1/10/17) | 1241-000 | $43,500.00 | | $354,957.65 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $502.99 | $354,454.66 |
| 09/06/2017 | (32) | Pamela Young | Osborne v. Young 16-1370 ECF 314 1/10/2017 | 1241-000 | $2,500.00 | | $356,954.66 |
| 09/18/2017 | (43) | Toni Kara | Osb v Kara 16-0134 | 1241-000 | $500.00 | | $357,454.66 |
| 09/18/2017 | (44) | Paul Rohan | Osb. v. Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $357,954.66 |
| 09/18/2017 | (44) | Paul Rohan | Osb. v. Rohan 16-0134 compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $358,454.66 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $576.43 | $357,878.23 |
| 10/02/2017 | (77) | Bast Amron/Wells Fargo | Osb. v Wells 17-1033 #486 - 10/03/2017 | 1241-000 | $10,190.16 | | $368,068.39 |
| 10/02/2017 | (82) | Charles Lowden | Osborne v Lowden compromise order: #500 - 10/26/2017 | 1241-000 | $3,000.00 | | $371,068.39 |
| 10/03/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $372,568.39 |
| 10/03/2017 | (48) | Damyliz Robles | Osb v. Robles 16-1356: compromise #459 - 07/24/2017 | 1241-000 | $3,500.00 | | $376,068.39 |
| | | | **SUBTOTALS** | | **$76,790.16** | **$1,079.42** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2017 | 3011 | Akerman, LLP | 2nd interim fee app (ECF 484) 9/29/17 | 3210-000 | | $8,373.20 | $367,695.19 |
| 10/05/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $369,195.19 |
| 10/05/2017 | (43) | Toni Kara | Osb. v Kara | 1241-000 | $500.00 | | $369,695.19 |
| 10/06/2017 | (44) | Paul Rohan | Osborne v. Rohan compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $370,695.19 |
| 10/13/2017 | (82) | Charles Lowden | Osborne v Lowden compromise order: #500 - 10/26/2017 | 1241-000 | ($3,000.00) | | $367,695.19 |
| 10/16/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $369,195.19 |
| 10/20/2017 | (82) | Charles Lowden | Osb v. Lowden 17-1026 compromise order: #500 - 10/26/2017 | 1241-000 | $3,000.00 | | $372,195.19 |
| 10/31/2017 | (82) | Charles Lowden | Debtor sent 2 checks by mistake. only one replacement check should be deposited. Osborne v. Lowden 17-01026 compromise order: #500 - 10/26/2017 | 1241-000 | $3,000.00 | | $375,195.19 |
| 10/31/2017 | (82) | Charles Lowden | Debtor sent 2 checks by mistake. only one replacement check should be deposited. Osborne v. Lowden 17-01026 compromise order: #500 - 10/26/2017 | 1241-000 | ($3,000.00) | | $372,195.19 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $580.04 | $371,615.15 |
| 11/06/2017 | (43) | Toni Kara | Osb vs. Kara 16-1634 | 1241-000 | $500.00 | | $372,115.15 |
| 11/27/2017 | (36) | Joseph Favale | 16-01355-RBR Osborne v. Ochs ECF 372 (2/16/17) | 1241-000 | $1,500.00 | | $373,615.15 |
| 11/27/2017 | (44) | Paul Rohan | Osborne v. Rohan compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $374,615.15 |
| 11/27/2017 | (82) | Charles Lowden | Osborne v. Lowden compromise order: #500 - 10/26/2017 | 1241-000 | $3,000.00 | | $377,615.15 |
| 11/27/2017 | 3012 | BAST AMRON LLP | Per Contingency Fee Orders: 309, 314, 372, 440, 459, 460 and 486 | 3210-000 | | $36,291.56 | $341,323.59 |
| 11/27/2017 | 3013 | BAST AMRON LLP | 2nd interim reim of costs ECF 506 (11/14/17) | 3220-000 | | $8,654.23 | $332,669.36 |

| | | | | SUBTOTALS | $10,500.00 | $62,553.26 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/27/2017 | 3014 | BAST AMRON LLP | contingency fees per ECF 507 (11/14/17) sale of judgment (ECF 493) | 3210-000 | | $2,625.00 | $330,044.36 |
| 11/27/2017 | 3015 | Peter Russin | Mediator's fees per ECF 508 (11/14/17) | 3721-000 | | $1,898.97 | $328,145.39 |
| 11/27/2017 | 3016 | MARC P BARMAT | per 508 (11/14/17) | 3721-000 | | $401.07 | $327,744.32 |
| 11/27/2017 | 3017 | CHAD P PUGATCH | per ECF 508 (11/14/17) - mediator fees | 3721-000 | | $5,514.80 | $322,229.52 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $579.43 | $321,650.09 |
| 12/01/2017 | (75) | Daniel Forman | Osb. v. Forman ECF 487 (10/3/17) | 1241-000 | $7,500.00 | | $329,150.09 |
| 12/06/2017 | (43) | Echohill Holdings | Osborne v Cara 16-1634 | 1241-000 | $500.00 | | $329,650.09 |
| 12/06/2017 | (44) | Echohill Holdings | Osborne v Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $330,650.09 |
| 12/19/2017 | (82) | Charles Lowden | Osv. v. Lowden compromise order: #500 - 10/26/2017 | 1241-000 | $3,000.00 | | $333,650.09 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $535.14 | $333,114.95 |
| 01/26/2018 | 3018 | Alan R. Barbee | 2nd interim fee app (DE 511 12/4/17) | * | | $22,296.64 | $310,818.31 |
| | | | ($22,242.80) | 3410-000 | | | $310,818.31 |
| | | | ($53.84) | 3420-000 | | | $310,818.31 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $537.54 | $310,280.77 |
| 02/20/2018 | (82) | Deborah C Donahue | Osborne v. Lowden 17-01026 compromise order: #500 - 10/26/2017 | 1241-000 | $8,000.00 | | $318,280.77 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $463.70 | $317,817.07 |
| 03/06/2018 | (44) | Paul Rohan | Adv. Osborne v. Rohan compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $318,817.07 |
| 03/06/2018 | (43) | Paul Rohan | Toni Kara's settlement payment | 1241-000 | $500.00 | | $319,317.07 |
| 03/21/2018 | (43) | Toni Kara | osb. vs. kara | 1241-000 | $500.00 | | $319,817.07 |
| 03/21/2018 | (43) | Toni Kara | Osborne v. Kara 16-1634 | 1241-000 | $500.00 | | $320,317.07 |
| 03/21/2018 | (44) | Paul Rohan | compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $320,817.07 |
| | | | | **SUBTOTALS** | **$23,500.00** | **$34,852.29** | |

**FORM 2**
Page No: 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2018 | (44) | Paul Rohan | Osb. v. Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $500.00 | | $321,317.07 |
| 03/21/2018 | (44) | Paul Rohan | Osb. v. Rohan 16-1634 compromise order #412 - 04/05/2017 | 1241-000 | $1,000.00 | | $322,317.07 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $533.30 | $321,783.77 |
| 04/04/2018 | (84) | Bette Messer | 17-01025-RBR Osborne v. Messer, Motion to Compromise: #517 - 03/07/2018 | 1241-000 | $40,000.00 | | $361,783.77 |
| 04/11/2018 | (80) | Florida Bankruptcy Group Trust Acct | PTC/Order Pending | 1241-000 | $15,000.00 | | $376,783.77 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $552.83 | $376,230.94 |
| 05/02/2018 | (43) | Paul Rohan for Toni Kara | Order granting compromise ECF#411 - 04/05/2017 | 1241-000 | $3,500.00 | | $379,730.94 |
| 05/08/2018 | (54) | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | ECF 539 (04/16/2018) Order M-Comp Cont Adv. 16-1389 | 1241-000 | $1,500.00 | | $381,230.94 |
| 05/08/2018 | (54) | Sergio Alvaro | ECF 539 (04/16/2018) Order M-Comp Cont Adv. 16-1389 | 1229-000 | $1,500.00 | | $382,730.94 |
| 05/08/2018 | 3019 | Akerman, LLP | ECF 548 (5/8/18) 3rd interim fee app | * | | $28,710.07 | $354,020.87 |
| | | | ($26,029.60) | 3210-000 | | | $354,020.87 |
| | | | ($2,680.47) | 3220-000 | | | $354,020.87 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $616.36 | $353,404.51 |
| 06/01/2018 | (74) | Phyllis Fee | Settlement of 17-1024 Adv. Order ECF 553 (5/14/18) | 1241-000 | $5,000.00 | | $358,404.51 |
| 06/01/2018 | 3020 | Alan R. Barbee/GlassRatner Advisory & Capital | 3rd fee app (ECF 544 - 4/26/18) | * | | $4,396.42 | $354,008.09 |
| | | | ($4,038.40) | 3410-000 | | | $354,008.09 |
| | | | ($358.02) | 3420-000 | | | $354,008.09 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $618.41 | $353,389.68 |
| 07/12/2018 | (82) | Charles Lowden | ECF #500 - 10/26/2017 - Order Granting Motion To Compromise | 1241-000 | $3,000.00 | | $356,389.68 |

| | | | | SUBTOTALS | $74,000.00 | $35,427.39 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| Case No. | 14-37943 | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $599.67 | $355,790.01 |
| 08/07/2018 | 3019 | STOP PAYMENT: Akerman, LLP | ECF 548 (5/8/18) 3rd interim fee app | * | | ($28,710.07) | $384,500.08 |
| | | | $26,029.60 | 3210-004 | | | $384,500.08 |
| | | | $2,680.47 | 3220-004 | | | $384,500.08 |
| 08/07/2018 | 3021 | Akerman, LLP | ECF 548 (5/8/18) 3rd interim fee app | * | | $28,710.07 | $355,790.01 |
| | | | ($26,029.60) | 3210-000 | | | $355,790.01 |
| | | | ($2,680.47) | 3220-000 | | | $355,790.01 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $650.62 | $355,139.39 |
| 12/07/2018 | 3022 | BAST AMRON LLP | Contingency Fees: ECF's 411 (3,500), 487 (2,625), 500 (7,000), 538 (14,000), 539 (1,050), 552 (5,250) and 553 (1,750) | 3210-000 | | $35,175.00 | $319,964.39 |

| | | | | **SUBTOTALS** | **$0.00** | **$36,425.29** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 11

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $1,178,777.26 | $858,812.87 | $319,964.39 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $1,178,777.26 | $858,812.87 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $1,178,777.26 | $858,812.87 | |

| **For the period of 04/01/2018 to 03/31/2019** | | **For the entire history of the account between 06/02/2016 to 3/31/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $69,500.00 | Total Compensable Receipts: | $1,178,777.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,500.00 | Total Comp/Non Comp Receipts: | $1,178,777.26 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $71,319.38 | Total Compensable Disbursements: | $858,812.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71,319.38 | Total Comp/Non Comp Disbursements: | $858,812.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 12

| Case No. | 14-37943 | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | LIBERTY INTERNATIONAL FINANCIAL SERVICES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7756 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,178,777.26 | $858,812.87 | $319,964.39 |

| For the period of 04/01/2018 to 03/31/2019 | | For the entire history of the account between 06/02/2016 to 3/31/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $69,500.00 | Total Compensable Receipts: | $1,178,777.26 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,500.00 | Total Comp/Non Comp Receipts: | $1,178,777.26 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $71,319.38 | Total Compensable Disbursements: | $858,812.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $71,319.38 | Total Comp/Non Comp Disbursements: | $858,812.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE